# UNITED STATES DISTRICT COURT
# FIRST APPEARANCE ON COMPLAINT
# CRIMINAL MINUTES

**Case No.** 4:21mj9-MAF          **Date:** January 15, 2021

**Docket Entry:** First Appearance Held          2:05 - 2:13 p.m.

- **Public Defender Appointed**
- **Preliminary and Detention Hearings set for 1/21/2021 at 10:00 a.m. Defendant to appear via video from FDC.**

**PRESENT: Charles A. Stampelos, United States Magistrate Judge**

| Angie Maxwell | April McCommon | DCR TLH | Lazaro Fields |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. U.S. Attorney |

**U.S.A. v. (Defendant listed below)**          **Attorneys for Defendants:**

**DANIEL ALAN BAKER**                              **Elizabeth Vallejo**
X present  X custody __ bond __ O/R     X present  X appointed __ retained

__X__  Defendant advised that he is before a U.S. Magistrate Judge

__X__  Defendant advised of charges, penalties and fines

__X__  Defendant advised of right to remain silent and consult with an attorney before making any statement

__X__  Defendant advised of his right to hire counsel, or have counsel appointed

__X__  Defendant executes a CJA Form 23 and swears that it is accurate

__X__  Order appointing Public Defender entered for this hearing

_____  Defendant waived counsel

_____  Defendant advised that if he changes his mind he can subsequently file CJA 20 with Clerk

<u>　　　</u> **Defendant to employ counsel:** <u>　　　　　　　　　　　</u>

<u>　X　</u> **Defendant advised of his right to a PRELIMINARY HEARING**

<u>　　　</u> **Defendant waives Preliminary Hearing**

<u>　X　</u> **Preliminary Hearing scheduled for:** <u>1/21/2021 at 10:00 a.m.</u>

<u>　X　</u> **Defendant advised of his right to reasonable bail**

<u>　X　</u> **Government moves for detention**

<u>　X　</u> **<u>Defense</u> moves for continuance of detention hearing**

<u>　X　</u> **Detention hearing continued to** <u>1/21/2021 at 10:00 a.m.</u>

<u>　　　</u> **Bond set: $**<u>　　　　　　　　　　　　　　　　</u>

**(see order setting conditions of release)**

<u>　　　</u> **Defendant Released by order setting conditions of release**

<u>　X　</u> **Defendant Detained Pending Detention Hearing**