**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                                                    **CASE NO. 4:21mj9-MAF**

**DANIEL ALAN BAKER,**

    **Defendant.**
_____/

**ORDER OF TEMPORARY DETENTION**

The Government has moved for the detention of this defendant pending trial. Defendant, represented by counsel, has requested a continuation of the detention and preliminary hearings.

Accordingly, it is **ORDERED** that detention and preliminary hearings are set for **January 21, 2021, beginning at 10:00 a.m.**, before Magistrate Judge Martin A. Fitzpatrick. Pending this hearing, the defendant shall be held in custody by the United States Marshal. The Defendant shall appear via video conference from the Federal Detention Center on the above date.

**DONE AND ORDERED** on January 15, 2021.

                                           s/ Charles A. Stampelos
                                          **CHARLES A. STAMPELOS
                                          UNITED STATES MAGISTRATE JUDGE**