AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

United States of America
v.
DANIEL ALAN BAKER

Defendant

) ) ) ) ) )

Case No.   4:21mj9-MAF

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANIEL ALAN BAKER                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Transmission In Interstate Commerce Of A Communication Containing A Threat To Kidnap Any Person Or Threat To Injure The Person of Another, in viuolation of Toitle 18, United states Code, Section 875(c)

Date: 1/14/2021

_____
*Issuing officer's signature*

City and state:   Tallahassee, Florida

CHARLES A. STAMPELOS, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/14/2021, and the person was arrested on *(date)* 1/15/2021
at *(city and state)* Tallahassee, FL

Date: 1/15/2021

_____
*Arresting officer's signature*

SA Nicholas Marsh
*Printed name and title*

FILED USDC FLND TL
JAN 15 '21 PM1:46