## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 4:21cr10

DANIEL ALAN BAKER,

    Defendant.
_____/

## DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST

Defendant, Daniel Baker, gives notice that, in addition to the exhibits he listed in his initial exhibit list (ECF No. 51), he intends to introduce these exhibits at trial:

1. A January 13, 2021, article from the Tallahassee Democrat, *TPD Chief Revell: No 'specific' threat against Tallahassee amid warnings of violence,* available at: https://www.tallahassee.com/story/news/local/2021/01/13/tpd-chief-revell-no-specific-threat-against-tallahassee-amid-warnings-violence/6653279002/.

2. A meme available, *Feel Unsafe Moar Gunz!,* available at:

https://memegenerator.net/instance/69006118/racist-redneck-feel-unsafe-moar-gunz.

3. A meme, *Rooftop Koreans Would Have Prevented This*, available at: https://me.me/i/rooftop-koreans-would-have-prevented-this-none-f24196331ed14bd3bfe1b6e9c0ec7669.

## CERTIFICATE OF SERVICE AND WORD COUNT

I certify that a copy of the foregoing has been furnished electronically via ECF to Assistant United States Attorneys Lazaro Fields and Steven Kunz this 1st of May 2021. This motion has 188 words.

Respectfully submitted,

*/s/ Randolph P. Murrell*
Randolph P. Murrell
Federal Public Defender
Florida Bar No. 220256
227 N. Bronough St., Ste. 4200
Tallahassee, FL 32301
Phone (850) 942-8818
Attorney for the Defendant