IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                            Case No. 4:21cr10

DANIEL BAKER
_____/

### NOTICE OF APPEAL

NOTICE is hereby given that Defendant Daniel Baker, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered in this action on October 14, 2021 (Doc. 103).

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing has been uploaded to the CM/ECF system which furnishes electronic delivery to the office of Assistant U.S. Attorney, Stephen Kunz and by U.S. Mail to Daniel Baker, Reg. No. 25765-509, FDC Tallahassee, 501 Capital Circle, NE, Tallahassee, FL 32301 on this 25th day of October, 2021.

Respectfully submitted,

 /s/ Randolph P. Murrell

RANDOLPH P. MURRELL
Federal Public Defender
Florida Bar No. 220256
227 N. Bronough Street, Ste. 4200
Randolph_Murrell@fd.org
(850)942-8818
Attorney for Joshua Webb