# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

**PART I.**                      **TRANSCRIPT ORDER INFORMATION**

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: United States of America vs Daniel Baker

District Court No.: 4:21cr10    Date Notice of Appeal Filed: 10/25/21    Court of Appeals No.: _____ (If Available)

CHOOSE ONE: ☐ No hearing ☐ No transcript is required for appeal purposes ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested*:

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☒ Pre-Trial Proceedings | 4/23/21 | Judge Winsor | Lisa Snyder |
| ☒ Trial | 5/4 - 5/6/21 | Judge Winsor | Lisa Snyder |
| ☒ Sentence | 10/12/21 | Judge Winsor | Lisa Snyder |
| ☒ Other | 4/28/21 | Judge Winsor | Lisa Snyder |
| | 5/4/21 | Judge Winsor | Lisa Snuder |

**METHOD OF PAYMENT:**

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Randolph Murrell Federal Public Defender
Name of Firm: Federal Public Defender's Office
Street Address/P.O. Box: 227 N. Bronough Street, Suite 4200
City/State/Zip Code: Tallahassee, FL 32301    Phone No.: (850) 942-8818

*I certify that I have completed and filed PART I with the District Court Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, mailed a filed copy to the Court of Appeals Clerk, and served all parties.*

DATE: 10/26/21    SIGNED: s/Randolph Murrell, Federal Public Defender    Attorney for: Appellant, Daniel Baker

**PART II.**                **COURT REPORTER ACKNOWLEDGMENT**

*Court Reporter to complete and file with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: 10/27/2021
☒ Satisfactory arrangements for paying the cost of the transcript were completed on: 10/28/2021
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: 6    Estimated no. of transcript pages: 751    Estimated filing date: 11/29/2021
DATE: 10/28/2021    SIGNED: *Lisa C Snyder*    Phone No.: 850-567-1374

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

**PART III.**    **NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT**

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): 11/23/2021
Actual No. of Volumes and Hearing Dates: 7 volumes: 4/23, 4/28, 5/4, 5/4, 5/5, 5/6, 10/12/2021
Date: 11/23/2021    Signature of Court Reporter: *Lisa C Snyder*

Rev. 2/06